1  Bradley T. Austin, Esq.
2  Nevada State Bar No. 13064
   Snell & Wilmer, LLP
3  3883 Howard Hughes Pkwy, Suite 1100
   Las Vegas, NV 89169
4  Tel: 702-784-5200
   Fax: 702-784-5252
5  Email: baustin@swlaw.com

6  *Attorneys for Defendant*
7  *Equifax Information Services, LLC*

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10 KIMBERLY A. BARRERA,                    Case No. 2:16-CV-02898-JAD-VCF

11                      Plaintiff,

12 vs.

13 NISSAN INFINITI LT; EQUIFAX            **STIPULATION OF EXTENSION OF**
   INFORMATION SERVICES LLC               **TIME FOR DEFENDANT EQUIFAX**
14                                         **INFORMATION SERVICES LLC TO**
                        Defendants.        **FILE ANSWER**
15

16

17      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

18 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff

19 Kimberly A. Barrera has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

20 STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information

21 Services LLC's time to answer, move or otherwise respond to the Complaint in this action is

22 extended through and including **February 16, 2017**.  Plaintiff and Equifax are actively engaged

23 in settlement discussions.  The additional time to respond to the Complaint will facilitate

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 13th day of January, 2017.

SNELL & WILMER LLP

By:  /s/  Bradley T. Austin
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy
Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**No opposition**

 /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Kimberly A. Barrera*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  1-13-2017
        _____

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing has been served this 13th day of January, 2017, via ECF, upon:

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, NV 89123

Email:  dkrieger@hainesandkrieger.com

/s/  Candace L. Charlet
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

25542085.1

- 3 -